DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MIRYLSA COLON, M.D.,**
Appellant,

v.

**MELI ORTHOPEDIC CENTERS OF EXCELLENCE, LLC,** a Florida
limited liability company,
Appellee.

No. 4D18-660

[May 10, 2018]

Appeal of non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Raag Singhal, Judge; L.T. Case No. CACE17-019308 (21).

Eddy O. Marban, Coral Gables, for appellant.

William G. Salim, Jr. and Ari J. Glazer of Moskowitz, Mandell, Salim & Simowitz, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., TAYLOR and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***